Gary R. Selvin, State Bar No. 112030
Nancy J. Strout, State Bar No. 121096
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:   (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         nstrout@selvinwraith.com

Attorneys for Defendant
PRAETORIAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK K. WILLIS COMPANY, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACCESS AUTO RECOVERY, LLC, a New Mexico limited liability company; PRAETORIAN INSURANCE COMPANY, an Illinois corporation; and DOES 1 -50, inclusive,<br><br>　　　　　Defendants. | CASE NO.:  2:14-cv-02550-TLN-CKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT PRAETORIAN INSURANCE COMPANY TO RESPOND TO COMPLAINT AND  ORDER**<br><br>Complaint Filed:  September 23, 2014 |

　　　WHEREAS, PATRICK K. WILLIS COMPANY, INC. (Plaintiff) filed suit against PRAETORIAN INSURANCE COMPANY (PRAETORIAN), and

　　　WHEREAS, PRAETORIAN timely filed a petition on October 31, 2014 removing the matter to this Court;

　　　WHEREAS, pursuant to Federal Rule of Civil Procedure §81(c)(2)(C) PRAETORIAN'S responsive pleading is due November 7, 2014;

　　　WHEREAS, Plaintiff and PRAETORIAN, through counsel, have agreed to extend PRAETORIAN'S time to file a responsive pleading for 14 days, up to and including November 21, 2014; and

　　　WHEREAS, there have been no prior extensions.

1

**Stipulation To Extend Time for Praetorian Insurance Company to Respond to Complaint and Order**　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No.  2:14-cv-02550-TLN-CKD**

NOW THEREFORE, Plaintiff and PRAETORIAN, stipulate that PRAETORIAN has up to and including November 21, 2014 to file a response to plaintiff's complaint.

Dated: November 7, 2014     SELVIN WRAITH HALMAN LLP

By: /s/ Nancy J. Strout
Gary R. Selvin, SBN 112030
gselvin@selvinwraith.com
Nancy J. Strout, SBN 121096
nstrout@selvinwraith.com
Attorneys for Defendant
PRAETORIAN INSURANCE COMPANY

Dated: November 6, 2014     HEFNER, STARK & MAROIS, LLP

By: /s/ Kirk E. Giberson – see attached
Kirk E. Giberson, SBN 125155
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
kgiberson@hsmlaw.com
Attorneys for Plaintiff
PATRICK K. WILLIS COMPANY, INC.

**IT IS SO ORDERED**.

Dated: November 14, 2014

Troy L. Nunley
United States District Judge